UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID M. SPELLBERG,            Case No.: 2:13-cv-691-FtM-29UAM

*Plaintiff,*

vs.

NEW YORK LIFE
INSURANCE COMPANY,

*Defendant.*
_____/

## AGREED MOTION TO PREPARE CASE MANAGEMENT REPORT VIA TELEPHONE CONFERENCE

Plaintiff, David M. Spellberg ("Spellberg"), by and through undersigned counsel and pursuant to L.R.M.D. 3.01(b), hereby files his Agreed Motion to Prepare Case Management Report via Telephone Conference and in support thereof states as follows:

1. Pursant to M.D. Fla. L.R. 3.01(c)(2)(B), the parties are required to meet in person to prepare a Case Management Report unless this Court permits an alternative arrangement.

2. Spellberg's counsel is located in Miami and New York Life's counsel is located in Tampa. The parties have conferred on several occasions via telephone and are cooperating to reduce the time and expense involved in this matter.

3. The parties respectfully request that this Court enter an order permitting the parties to confer by telephone to prepare the Case Management Report. The parties already conducted a telephonic scheduling conference on December 3, 2013, and have

worked together to prepare the Case Management Report that is being filed contemporaneous with this motion.

4. An order granting the requested relief will conserve resources without prejudice to any party.

5. Pursuant to M.D. Fla. L.R. 3.01(g), undersigned counsel has conferred with New York Life's counsel and is authorized to represent that Defendants agrees to the relief sought herein.

WHEREFORE, Plaintiff David M. Spellberg respectfully requests that this Court enter an Order permitting the parties to meet and prepare the Case Management Report via telephone conference.

Respectfully submitted,

s/ Benjamin C. Hassebrock
**Brenton N. Ver Ploeg**
Florida Bar No. 171470
**Benjamin C Hassebrock**
Florida Bar No. 76504
*Counsel for Plaintiff*
**VER PLOEG & LUMPKIN, P.A.**
100 S.E. Second Street, 30th Floor
Miami, FL  33131
Telephone: (305) 577-3996
Facsimile: (305) 577 3558
bverploeg@vpl-law.com
bhassebrock@vpl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 30th, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing

2

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558

document is being served this day on all counsel of record identified on the below Service List *via* transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Benjamin C. Hassebrock
**Benjamin C. Hassebrock**

## SERVICE LIST
### Case No.: 2:13-cv-691-FtM-29UAM

Charles Wachter, Esq.
Florida Bar No.: 509418
charles.wachter@hklaw.com
**HOLLAND & KNIGHT, LLP**
100 N. Tampa Street
Suite 4100
Tampa, FL 33602-3644
Post Office Box 1288
Tampa, FL 33601-1288
Telephone: (813) 227-8500
Fax: (813) 229-0134
*Attorneys for Defendant*

3

VER PLOEG & LUMPKIN, P.A., 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   PHONE (305) 577-3996   FAX (305) 577-3558